GEORGE W. PLATT, APPELLANT, *v.* WILLIAM A. PARKER AND THEODORE F. PIER, RESPONDENTS.

*Bankruptcy — omission of name of creditor in debtor's schedule — effect of — fraud must be shown.*

The omission from the schedule of the debtor, of the name or claim of a creditor, does not invalidate the discharge of the debtor in bankruptcy, unless it be shown to have been omitted fraudulently.

APPEAL from a judgment in favor of the defendants, entered on the report of a referee, dismissing the plaintiff's complaint.

*Edward S. Clinch,* for the appellant.

*Wm. A. Jenner,* for the respondents.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment affirmed, with costs.